In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-06-557 CR


____________________



MARVIN JEROD GOUDEAUX, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the Criminal District Court


Jefferson County, Texas


Trial Cause No. 98477






MEMORANDUM OPINION


 Marvin Jerod Goudeaux was convicted and sentenced on an indictment for criminal
non-support. Goudeaux filed a notice of appeal on November 13, 2006. The trial court
entered a certification of the defendant's right to appeal in which the court certified that this
is a plea-bargain case and the defendant has no right of appeal. See Tex. R. App. P.
25.2(a)(2). The trial court's certification has been provided to the Court of Appeals by the
district clerk.

 On December 19, 2006, we notified the parties that the appeal would be dismissed
unless an amended certification was filed within thirty days of the date of the notice and
made a part of the appellate record. See Tex. R. App. P. 37.1. The record has not been
supplemented with an amended certification.

 Because a certification that shows the defendant has the right of appeal has not been
made part of the record, the appeal must be dismissed. See Tex. R. App. P. 25.2(d). 
Accordingly, we dismiss the appeal for want of jurisdiction.

 APPEAL DISMISSED. 




 _______________________________

 STEVE McKEITHEN

 Chief Justice

 

 


Opinion Delivered January 31, 2007

Do Not Publish


Before McKeithen, C.J., Gaultney and Horton, JJ.